IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GREGORY MATIAS-GUTIERREZ,<br>Defendant. | INFORMATION<br><br>Criminal No. 25-088 (SCC)<br><br>Violation:<br>18 U.S.C. § 924(o)<br><br>ONE COUNT |

**THE UNITED STATES CHARGES:**

<u>COUNT ONE</u>

From in or about 2015 and continuing up to and until the date of return of the instant Indictment, in the Municipality of San Juan, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

GREGORY MATIAS-GUTIERREZ,

the defendant herein other persons known and unknown to the United States, did knowingly and intentionally, combine conspire and agree with diverse other persons known and unknown to the United States, to commit an offense against the United States, that is to knowingly and intentionally possess firearms and ammunition of unknown brand, caliber, and serial number, in furtherance of a drug trafficking crime encompassing the murder of Miguel Jose Perez-Rios on or about September 7, 2015, for which he may be prosecuted in a Court of the United States, to wit, a violation of 18 U.S.C. § 924(o).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Count One of this information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offense set forth in Count One of the information, the defendant, GREGORY MATIAS-GUTIERREZ, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense including firearms and ammunition of unknown brand, caliber and serial numbers.

W. STEPHEN MULDROW
United States Attorney

*[signature]*
Alberto Lopez-Rocafort
Chief, Gang Section

*[signature]*
Pedro R. Casablanca
Assistant United States Attorney
Gang Section